# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - District Division - Nashua  
30 Spring Street, Suite 101  
Nashua NH 03060

Telephone: 1-855-212-1234  
TTY/TDD Relay: (800) 735-2964  
http://www.courts.state.nh.us

September 08, 2014

**USABLE LIFE**  
**PO BOX 1650**  
**LITTLE ROCK AR 72203-1650**

Case Name: **Michael Willard v. USABLE Life**  
Case Number: **459-2014-SC-00626**

Sherry L. Bisson  
Clerk of Court

(459311)

C:

**EXHIBIT 1**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

NEW HAMPSHIRE CIRCUIT COURT
9TH CIRCUIT — DISTRICT DIVISION — NASHUA
30 SPRING STREET, SUITE 101
NASHUA, NEW HAMPSHIRE 03060
1-855-212-1234
www.courts.state.nh.us

Court Name: Nashua District Court
Case Name: Willard v Usable Life
Case Number: 459-2014-SC-626
(if known)

## SMALL CLAIM COMPLAINT

Name: MICHAEL WILLARD
Street/No.: 11 MAPLESHADE DR.
City/State: NASHUA, N.H. 03060
Zip Code:

**PLAINTIFF**

The Plaintiff claims that the Defendant named below owes the Plaintiff  $ 5000.00
(Amount)

because (description of the claim):
SHORT TERM DISABILITY BENEFITS DENIED
DUE TO SUICIDE ATTEMPT (2) DUE TO SEVERE DEPRESSION
CO-MORBID CONDITIONS AND PSYCHIATRIC ILLNESSES
PSYCHIATRIC ILLNESSES IS COVERED BUT NOT (SUICIDE) DEPRESSION

Amount of Claim $ 5000.00
Court Costs $ 80.00
Total $ 5080.00

Date: 9/5/14
Plaintiff's Signature: MICHAEL D. WILLARD

IF YOU ARE SUING A CORPORATION, YOU MUST LIST THE NAME AND ADDRESS OF THE CORPORATE OFFICER TO BE SERVED.

Name: L.A. Sonya Crutchfield  Phone # 1800 370 5856   APPCA INO. 2014A0182
Street No.: P.O. BOX 1650                              Case Number 201300009840C
City/State: Little Rock, AR  72203-1650    Claim
                                            Zip Code
CORP - USABLE LIFE - LEGAL DEPT

**DEFENDANT**

Residence Address if Different _____

## INSTRUCTIONS TO THE DEFENDANT

If you do not believe you owe this claim, you should write to the clerk of court by the **"RETURN DATE"**, 10-14-14 and ask for a hearing. A date for a hearing will then be set. You may use this form to ask the court for a hearing. Return the second page of the form to the court at the address shown at the top of this complaint. Be sure that you have included the case name and case number as well as your name at the top of the page and retain a copy for yourself. You will hear from the clerk when you are to come to court. For further instructions, see reverse side.

If you do not let the court know that you want a hearing, the court will rule in favor of the plaintiff, and you will be ordered to pay this claim.

Date: 9/11/14

Clerk of Court: Sherry L. Bisson

Note: Claims over $1,500 entitle the defendant to request a jury trial.
Claims in excess of $5,000 are subject to mandatory mediation.

NHJB-2370-D (11/13)

**DEFENDANT**

## Notice to the Defendant

You have been sent a Small Claim Complaint which serves as notice that this action has been filed against you in the District Court. You are required to file an answer with the court on or before the Return Date noted on the bottom of the complaint even if you believe you owe the obligation in which case you should write to the court and confess judgment. If you contest the claim you can file an answer by signing and returning the appearance located on the lower back portion of the complaint. Failure to file a written response could result in a default decision for the other party.

Please contact the Court at the phone number noted at the top of the complaint if you have any questions.

Thank you.

\*\*\*PLEASE NOTE\*\*\*  The fee for transferring a small claim case to the Superior Court for jury trial is $ 140.00 effective 7/1/13

Case 1:14-cv-00444-PB   Document 1-1   Filed 10/09/14   Page 4 of 4

**EXHIBIT 1**

