UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MICHAEL WILLARD,<br><br>    Plaintiff<br><br>v.<br><br>USABLE LIFE,<br><br>    Defendants | Civil Action No. 14-cv-00444 |

## STIPULATION OF DISMISSAL

NOW COME Plaintiff Michael Willard and USAble Life, by and through their attorneys, and stipulate that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties shall bear their own respective costs and attorney's fees.

DATED:  12/17/2014

/s/ Michael Willard
Michael Willard
11 Mapleshade Drive
Nashua, NH  03060

*Pro Se Plaintiff*

DATED: 12/22/2014

/s/ Byrne J. Decker
Byrne J. Decker, Esquire
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2014, I electronically filed the within **Stipulation of Dismissal** by using the CM/ECF system which will send notification of such filing(s) to the all registered participants. I have also deposited a copy of same in the United States Mail with adequate First Class postage affixed thereon, addressed as follows:

Michael Willard
11 Mapleshade Drive
Nashua, NH  03060

                                             /s/  Byrne J. Decker
                                             Byrne J. Decker